# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re: **Dana L. Streur**,

Debtor(s). /

Case No. 17-03176
Chapter 13
Hon. James W. Boyd
Filed: **06/29/2017**

## FIRST PRECONFIRMATION AMENDED CHAPTER 13 PLAN

### I. PLAN PARAMETERS

**B. LIQUIDATION ANALYSIS.**
1. The amount to be distributed to holders of allowed unsecured claims shall not be less than the value of the non-exempt equity of the Debtor(s) less the costs of sale. The liquidation value of the estate as required by 11 U.S.C. § 1325(a)(4) is $**0.00**
2. The estimated base amount to be paid to the general unsecured creditors is $**1,000.00**

### II. FUNDING

**A. PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $ **1,800.00** per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☒ monthly, and/or ☐ Other (see Additional Plan Payment Provisions) for the minimum of the ACP.
☐ Additional Plan Payment Provisions:

### III. DISBURSEMENTS

**C. SECURED CLAIMS.**

c. **Secured Claims Subject to 11 U.S.C. • § Section 506**[viii]**:** Claims in this class shall be paid as follows plus an additional pro-rata amount that may be available from funds on hand at an interest rate specified below or the contract rate specified in the proof of claim whichever is lower. Creditor will be paid the fair market value (FMV) as a secured claim and any balance due as a general unsecured claim.

| Creditor, Address & Account No.[ix] | Collateral | FMV | Interest Rate | Pre-Conf APP | Equal Monthly Payment |
|---|---|---|---|---|---|
| **Credit Union One**<br>400 E 9 Mile Rd<br>Ferndale, MI 48220-1774<br>4279048 | **2005 Chevrolet Equinox**<br>265000 miles<br>KBB Value. Fair Condition.<br>Acquisition Date: 7/25/2013. | 1,000.00 | 4.75% | $100.00 | $100.00 |
| ~~Wells Fargo Auto Finance~~<br>~~PO Box 29704~~<br>~~Pheonix, AZ 85038~~<br>~~51594014~~ | ~~2007 BMW X3 95000 miles~~<br>~~KBB Value. Good Condition.~~<br>~~Acquisition Date: 7/31/2012.~~ | ~~6,500.00~~ | ~~4.75%~~ | ~~$250.00~~ | ~~$250.00~~ |

4. **Collateral to Be Surrendered/Executory Contracts to Be Rejected:** The property listed below is surrendered to the creditor, and the executory contracts/unexpired leases are rejected:

| Creditor | Property/Contract Description |
|---|---|
| **Wells Fargo Auto Finance** | 2007 BMW X3 |

---

[viii] If the collateral is a motor vehicle and is destroyed, the Debtor(s), with consent from the secured creditor and Trustee or by order of the Court, may use the collateral insurance proceeds to purchase replacement collateral, to which the creditor's lien shall attach.

[ix] If the creditor files a proof of claim with a balance owing which is different from the amount listed above, the proof of claim shall control as to the amount of the debt, unless a party in interest objects to the proof of claim

The automatic stay shall be terminated upon entry of the confirmation order and any deficiency claim or claim arising from rejection shall be treated as a general unsecured claim, subject to paragraph IV.G.

    **F. UNSECURED CREDITORS.**

        **General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes. The allowed claims of general unsecured creditors will be satisfied by:

        ☐ Payment of a dividend of 100%, plus present value of _%_ interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

        ☒ Payment of a pro-rata share of a fixed amount of $ **1,000.00** or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a). However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.

THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS<br>NOT IN CONFLICT WITH THIS AMENDMENT

Date: **January 31, 2018**  /s/ **Dana L. Streur**
                                       **Dana L. Streur**, Debtor

Date: **January 31, 2018**  /s/ **Jeffrey D. Mapes**
                                       **Jeffrey D. Mapes**, Counsel for the Debtor(s)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy