UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Dana L. Streur** | § | **CASE NO. 17-03176** |
| | § | **HON. James W. Boyd** |
| **Debtor(s)** | § | |
| | § | |

### DEBTOR'S FIRST AMENDED SCHEDULES E/F, I, & J

Now Comes Debtor Dana L. Streur through his attorney Jeffrey D. Mapes, and for his First Amended Schedules E/F, I, and J, states as follows:

1. Schedule E/F is amended to list Karen Matthews as a DSO recipient. Though she had previously been listed in the creditor matrix, she was not visible on schedule E/F.

2. Schedules I & J are amended to reflect the Debtor's new income and expenses as a result of separating from his spouse.

**The Schedules Remain Unchanged in All Respects
Not in Conflict with these Amendments.**

Dated: 2/28/18            __/s/_____
                          Dana L. Streur, Debtor

Dated: 2/28/18            __/s/_____
                          Jeffrey D. Mapes, Attorney for the Debtor