UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | |
| Dana L. Streur § | **CASE NO.** 17-03176 |
| § | **HON.** James W. Boyd |
| **Debtor(s)** § | |
| § | |

### DEBTOR'S FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtor(s), Dana L. Streur, by their Counsel, Mapes Law Offices, and for their Fisrt Post-Confirmation Amended Chapter 13 Plan, state as follows:

1. This Chapter 13 Case was filed on 06/29/2017.

2. The Chapter 13 Plan was Confirmed on 03/05/2018

3. To ensure that the Debtor is paying in all of his disposable income, and to cure plan feasibility, the Debtor's new plan payment shall be $2,047.66 monthly.

4. The Plan remains unchanged in all respects not in conflict with this amendment.

WHEREFORE, the Debtors respectfully request this Court enter the attached Order approving this amendment.

Dated: 07/10/2020        /s/
                         Dana L. Streur, Debtor

Dated: 07/10/2020        /s/George J. George
                         Jeffrey D. Mapes, Attorney for Debtor
                         George J. George, Associate Attorney
                         29 Pearl St. NW, Ste. 305
                         Grand Rapids, MI 49503
                         Phone: (616) 719-3847
                         Fax: (616) 719-3857