UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Dana L. Streur | § | **CASE NO.** 17-03176 |
| | § | **HON.** James W. Boyd |
| **Debtor(s)** | § | |
| | § | |

## COVERSHEET FOR AMENDED SCHEDULES

**NOW COME Debtor(s),** Dana L. Streur, by and through their attorney, Jeffrey D. Mapes, and hereby amends his Schedules as follows:

1. Schedule I is amended based on recent pay stubs.

2. Schedule J is amended based on a budget review.

The Schedules remain unchanged in all respects not in conflict with these amendments. By affixing their signatures below, the Debtors verify that the Schedules, as now amended, are true, accurate, and complete, to the best of their knowledge, information, and belief.


Dated: 07/10/2020                    /s/
                                     Dana L. Streur, Debtor

Dated: 07/10/2020                    /s/George J. George
                                     Jeffrey D. Mapes, Attorney for Debtor
                                     George J. George, Associate Attorney
                                     29 Pearl St. NW, Ste. 305
                                     Grand Rapids, MI 49503
                                     Phone: (616) 719-3847
                                     Fax: (616) 719-3857