UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:                §
                      §
Dana L. Streur        §    CASE NO. 17-03176
                      §    HON. James W. Boyd
    Debtor(s)         §
                      §

### STIPULATION TO APPROVE DEBTOR'S FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtors, Dana L. Streur, by their counsel, Mapes Law Offices, and the Chapter 13 Trustee, Barbara P. Foley, and in support of their stipulation, state as follows:

1. This Chapter 13 Case was filed on 06/29/2017.
2. The Chapter 13 Plan was Confirmed on 03/05/2018.
3. On 7/17/2020, the Debtor filed his First Post-Confirmation Amended Chapter 13 Plan (the "Amended Plan").
4. The Amended Plan calls for an increase to the Debtor's payment to restore plan feasibility.
5. The Amended Plan should be approved.
6. The Amended Plan has no detrimental effect on creditors, and service upon the Matrix should therefore be waived.

WHEREFORE, the undersigned hereby agree and stipulate to entry of the attached Order approving this stipulation.

Dated: 9/9/2020

*/s/ Kurt A. Steinke for / CCJ*
Barbara P Foley, Chapter 13 Trustee

Dated: 8/12/2020

/s/George J. George
Jeffrey D. Mapes, Attorney for Debtor
George J. George, Associate Attorney
29 Pearl St. NW, Ste. 305
Grand Rapids, MI 49503
Phone: (616) 719-3847
Fax: (616) 719-3857