UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § § | |
| Dana L. Streur | § § | **CASE NO.** 17-03176 |
| | | **HON.** James W. Boyd |
| **Debtor(s)** | § § § | |

### ORDER APPROVING DEBTOR'S FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

THIS MATTER having come before the Court on the Stipulated First Post-Confirmation Amended Chapter 13 Plan (the "Amended Plan"); the Debtor and the Chapter 13 Trustee having consented to entry of this Order via stipulation; the Court finding that the Amended Plan has no detrimental effect on creditors; and the Court being fully advised of the premises; NOW THEREFORE,

IS IS HEREBY ORDREED that the Amended Plan is APPROVED.

IT IS FURTHER ORDERED that the Debtor's new plan payment shall be $2,047.66 monthly.

IT IS FURTHER ORDERED that service upon the Matrix is WAIVED.

END OF ORDER