UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  DANA STREUR
14261 BOER RUN
HOLLAND, MI 49424

CASE NO: BG-17-03176
Chapter 13
HON. JAMES W. BOYD
Filed: June 29, 2017

Confirmed:    March 03, 2018

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Barbara P. Foley, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

FAILURE TO TURN OVER THE 2020 FEDERAL, STATE AND CITY INCOME TAX RETURNS AND ANY REFUNDS

WHEREFORE, your Trustee respectfully prays:

A.  That this Court enter an Order dismissing the Debtor's Chapter 13 Case.

B.  That this Court grant such other relief as it finds just and equitable.

C.  Upon dismissal of the Chapter 13 case, the Trustee has cause pursuant to 11 U.S.C. § 349(b) and may retain any funds on hand for such time as is necessary to accommodate the dishonor or recall period appropriate to the method of payment received.

August 20, 2021

/s/ Barbara P. Foley
Barbara P. Foley (P34558)
CHAPTER 13 TRUSTEE
Po Box 51109
Kalamazoo, MI 49005
(269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:

JEFFREY D MAPES PLC
29 PEARL ST NW STE 305
GRAND RAPIDS, MI 49503

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

DANA STREUR
14261 BOER RUN
HOLLAND, MI 49424

CASE NO: BG-17-03176
Chapter 13
HON. JAMES W. BOYD
Filed: June 29, 2017

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee has filed a Motion to Dismiss in the above captioned proceeding. A copy of said Motion is attached to this Notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Debtor may file a written objection to the Trustee's Motion to Dismiss with:

Clerk of the Bankruptcy Court
One Division Avenue N
Room 200
Grand Rapids, MI 49503

AND

Barbara P. Foley
Chapter 13 Trustee
Po Box 51109
Kalamazoo, MI 49005
(269)343-0305

In compliance with Local Bankruptcy Rule 9013(d) and Federal Rules of Bankruptcy Procedure 9013 and 9014, said written objection shall be filed within thirty (30) days from the date of service of the Trustee's Motion. If an objection is filed, a hearing will be held on October 21, 2021 at 9:00 am at the Bankruptcy Court, U.S. Bankruptcy Court, One Division Ave. NW, 3rd Floor, Courtroom B, Grand Rapids, Michigan. If a proper objection is not timely filed the Trustee may file with the Court an Affidavit of No Response together with a proposed Order to Dismiss. The Court shall enter the Order without a hearing upon receipt of the Affidavit.

Served by: CCJ    on: 08/20/2021

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:    DANA STREUR | CASE NO: BG-17-03176<br>Chapter 13<br>HON. JAMES W. BOYD<br>Filed:  June 29, 2017 |

## PROOF OF SERVICE

    On the date below, I mailed a copy of the TRUSTEE'S MOTION TO DISMISS by regular first class mail to Debtor and electronic service on Debtor's Attorney.

DANA STREUR
14261 BOER RUN
HOLLAND, MI  49424

JEFFREY D MAPES PLC
29 PEARL ST NW STE 305
GRAND RAPIDS, MI  49503

    I declare that the above statements are true to the best of my information, knowledge, and belief.

| | |
|---|---|
| Dated:    August 20, 2021 | /s/  Cindy Collins-Jenkins<br>Assistant to Barbara P. Foley<br>Chapter 13 Trustee<br>PO BOX 51109<br>KALAMAZOO, MI  49005<br>(269)343-0305 |